**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

TRAVIS MADERSON,

      Petitioner,

v.                                               Case No. 3:17cv152-MCR-CJK

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS,

      Respondent.

_____/

# O R D E R

This cause is before the Court on consideration of the Magistrate Judge's Report and Recommendation dated September 24, 2018. ECF No. 17. The parties have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Magistrate Judge's Report and Recommendation, ECF No. 17, is adopted and incorporated by reference in this Order.

2.    The petition for writ of habeas corpus, ECF No. 1, is **DENIED**.

3.    A certificate of appealability is **DENIED**.

4.    The Clerk is directed to close the file.

**DONE AND ORDERED** this 15th day of February, 2019.


s/ *M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:17cv152-MCR-CJK